IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

LAKEVIEW LOAN SERVICING, LLC,

        *Plaintiff*

v.

ERNESTO A. MENDOZA, JR.,
DANIELLA L. LARA,  THE
UNITED STATES OF AMERICA,

        *Defendants*

§
§
§
§
§
§
§
§
§
§
§
§

MO:25-CV-00265-DC

## ORDER

Before the Court is the report and recommendation from United States Magistrate Judge Ronald C. Griffin recommending that this action be dismissed without prejudice.[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Magistrate Judge Griffin issued his report and recommendation on January, 5, 2026.[2] As of the date of this order, no party has filed objections to this report and recommendation.

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[3]

---

[1] Doc. 15.

[2] *Id.*

[3] Fed. R. Civ. P. 72 advisory committee's note.

Because no party in this case has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the case is **DISMISSED WITHOUT PREJUDICE** due to Plaintiff Lakeview Loan Servicing, LLC's failure to prosecute the case.

It is so **ORDERED**.

SIGNED this 2nd day of February, 2026.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE

2